UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**GERALD WADE MOUTON ET AL**          **CASE NO. 2:25-CV-01316**

**VERSUS**                             **JUDGE JAMES D. CAIN, JR.**

**G O A CAMERON PROPERTIES L L C ET AL**   **MAGISTRATE JUDGE LEBLANC**

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Rule 12(B)(6) Motion to Dismiss (Doc. 12) converted to a Motion for Summary Judgment is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Cross-Motion for Partial Summary Judgment (Doc. 20) is **GRANTED** and that there be Judgment in favor of **GERALD WADE MOUTON, YVONNE FRANCENE MOUTON, VALIAN JOSEPH MOUTON, TERESA ANN MOUTON, ALICIA NICOLE MOUTON, JONNATHUN MICHAEL MOUTON, and LOTTIE REIGHANN MOUTON BELLON** and against Defendants, **G O A CAMERON PROPERTIES, L L C and BAY LA CAMERON, L L C:** 1) enforcing the right to Specific Performance of the Agreement to Purchase or Sell (Commercial Property) and ordering Defendants to tender the sum of $2,100,000.00 to Plaintiffs in payment for the immovable property described in the Agreement to Purchase or Sell (Commercial Property); 2) ordering Defendants to pay expenses of curative title work to Plaintiffs, in

the amount of $11,744.74; and 3) pre-judgment interest from the date of judicial demand to the date of entry of Judgment at the Louisiana rate of judicial interest, and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from the date of entry of judgment until paid.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be Judgment herein in favor of Plaintiff **INGLE SAFARI COMPANIES, LLC, d/b/a COLDWELL BANKER INGLE SAFARI REALTY** and against Defendants, **G O A CAMERON PROPERTIES, L L C and BAY LA CAMERON, L L C** in the amount of $63,000.00, with pre-judgment interest from the date of judicial demand to the date of entry of Judgment at the Louisiana rate of judicial interest, and post-judgment interest at the rate provided for by Title 28, United States Code, Section 1961, from the date of entry of judgment until paid.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the amount of attorneys' fees due to the Mouton Family Plaintiffs are reserved for resolution at a later date, upon an appropriate motion by Plaintiffs.

**THUS DONE AND SIGNED** in chambers on this 13th day of February, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**